01
02
03
04
05

06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

07

AT SEATTLE

08  UNITED STATES OF AMERICA,              )   CASE NO. CR06-106-RSM
                                           )
09       Plaintiff,                        )
                                           )
10       v.                                )
                                           )   DETENTION ORDER
11  ELEAZAR BASILIO,                       )
                                           )
12       Defendant.                        )
    _____    )

13

14  <u>Offense charged</u>:

15       Conspiracy to Commit Bank Fraud

16  <u>Date of Detention Hearing</u>:    July 14, 2006

17       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22       (1)    Defendant is reportedly a citizen of the Phillippines. He is charged by indictment

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                   Rev. 1/91
PAGE 1

01 with conspiracy to commit bank fraud.

02     (2)    There is an immigration detainer pending against him.  The issue of detention in

03 this case is therefore essentially moot, as the defendant would be released to immigration custody

04 if not detained in this case.

05     (3)    Defendant and his counsel offer no opposition to the entry of an order of detention.

06     (4)    Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

07 Therefore, there is limited information available about him.

08     (5)    There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

10 to other persons or the community.

11 It is therefore ORDERED:

12     (1)    Defendant shall be detained pending trial and committed to the custody of the

13         Attorney General for confinement in a correction facility separate, to the extent

14         practicable, from persons awaiting or serving sentences or being held in custody

15         pending appeal;

16     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

17         counsel;

18     (3)    On order of a court of the United States or on request of an attorney for the

19         Government, the person in charge of the corrections facility in which defendant is

20         confined shall deliver the defendant to a United States Marshal for the purpose of

21         an appearance in connection with a court proceeding; and

22     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 2

01        counsel for the defendant, to the United States Marshal, and to the United States

02        Pretrial Services Officer.

03    DATED this 14th day of July, 2006.

04                                    _____
                                      Mary Alice Theiler
05                                    United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                   Rev. 1/91
PAGE 3