Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELEAZAR BASILIO,<br><br>    Defendant. | No. CR 06 – 106 RSM<br><br>ORDER GRANTING DEFENDANT ELEAZAR BASILIO'S MOTION FOR CONTINUANCE OF PRETRIAL MOTIONS DEADLINE |

Defendant ELEAZAR BASILIO'S motion to continue the pretrial motions deadline came on regularly for hearing, and the court being fully advised,

IT IS HEREBY ORDERED that the motion is GRANTED, and the deadline for filing pretrial motions is continued to Monday, November 13, 2006.

Dated this _31__ day of October, 2006.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Presented by:
LAW OFFICES OF STEPHAN R. ILLA

Stephan R. Illa
    WSBA No. 15793
Attorney for Defendant

ORDER GRANTING DEFENDANT'S MOTION FOR
CONTINUANCE OF PRETRIAL MOTIONS DEADLINE - 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142