Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff　　　　)<br>　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>NORMAN CHUA GONZALES, )<br>FELIPE MARAMBA,　　　　)<br>JERRY RACCA,　　　　　　)<br>ELEAZAR BASILIO,　　　　)<br>JONATHAN ESCALANTE,　　)<br>JECER BELEN, and　　　　)<br>ROLANDO HERNANDEZ　　)<br>　　　　　Defendant　　　　)<br>_____ ) | NO. CR06 - 0106 RSM<br><br>ORDER GRANTING<br>DEFENDANT'S ELEAZAR BASILIO'S<br>MOTION TO CONTINUE TRIAL DATE<br>AND PRETRIAL MOTION DEADLINE |

THE COURT having reviewed defendant Eleazar Basilio's motion to continue trial date and pretrial motion deadline, and any responses to the motion finds that, pursuant to Title 18 United States Code Sections 3161(h)(8)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER GRANTING DEFENDANT BASILIO'S MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL MOTION DEADLINE - 1

Law Office of
**Mark S. Lee**
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
(206) 292-5032

Accordingly defense motions are granted and trial of defendant Eleazar Basilio is continued to the date of January 22, 2007 and pretrial motion deadline is continued to December 22, 2006.

DATED this _6th  day of November 2006

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Mark S. Lee
WSBA 18085
Attorney for defendant Eleazar Basilio
1001 Fourth Avenue
Suite 3200
Seattle WA 98154
Telephone : (206) 292-5032
Fax: (206) 652-0725
E-mail : LMS3@qwest.net

ORDER GRANTING DEFENDANT BASILIO'S MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL MOTION DEADLINE - 2

Law Office of
**Mark S. Lee**
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
(206) 292-5032