Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff ) | CR06-106 RSM | |
| ) | | |
| ) | ORDER GRANTING | |
| vs. ) | DEFENDANT ELEAZAR BASILIO'S | |
| ) | MOTION TO CONTINUE TRIAL DATE AND | |
| ) | PRETRIAL MOTION FILING DEADLINE | |
| NORMAN CHUA GONZALES, ) | | |
| FELIPE MARAMBA, ) | | |
| JERRY RACCA, ) | | |
| ELEAZAR BASILIO, ) | | |
| JONATHAN ESCALANTE, ) | | |
| JECER BELEN, and ) | | |
| ROLANDO HERNANDEZ ) | | |
| Defendants ) | | |
| _____ ) | | |

THE COURT having reviewed defendant Eleazar Basilio's motion to continue trial date and pretrial motion deadline, and any responses to the motion finds that, pursuant to Title 18 United States Code Sections 3161(h)(8)(A) and (B), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in speedy trial, for the reasons outlined in defendant's motion.  Specifically it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER EXTENDING  TRIAL DATE AND  DEADLINE FOR FILING PRETRIAL
MOTIONS FOR DEFENDANT BASILIO - 1

Accordingly defense motions are granted and trial of defendant Eleazar Basilio is continued to the date of February 20, 2007 and pretrial motions filing deadline is continued to February 1, 2007 (alternatively February 9, 2007).

DATED this 18th day of January, 2007

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Mark S. Lee
WSBA 18085
Attorney for defendant Eleazar Basilio
1001 Fourth Avenue
Suite 3200
Seattle WA 98154
Telephone : (206) 292-5032
Fax: (206) 652-0725
E-mail : LMS3@qwest.net

ORDER EXTENDING TRIAL DATE AND DEADLINE FOR FILING PRETRIAL MOTIONS FOR DEFENDANT BASILIO - 2