THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> FELIPE MARAMBA, and ) <br> ELEAZAR BASILIO, ) <br> ) <br> ) <br> Defendants. ) | CASE NO. CR06-106RSM <br><br> ORDER REGARDING <br> CONTINUANCE OF TRIAL <br> TO FEBRUARY 20, 2007 |

The Court's Order granting a continuance of trial in this matter (Dkt. No. 231) applies also to Defendant Felipe Maramba.

The Court has been informed that Defendant Maramba has no objection to the continuance of the trial date and joins in Defendant Basilio's motion to continue the trial date from January 22, 2007, to February 20, 2007. Defendant Maramba is not seeking a severance of his trial from Defendant Basilio's trial.

IT IS HEREBY ORDERED that trial in this matter for all defendants pending trial is continued from January 22, 2007, to February 20, 2007. Pretrial motions are due on February 1, 2007.

//

//

Order to Continue Trial Date/
MARAMBA, et al/CR06-106RSM — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from January 22, 2007, up to and including February 20, 2007, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). |

DATED this  23   day of January, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 /s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4254
Fax: (206) 553-0755
E-mail: jill.otake@usdoj.gov

Order to Continue Trial Date/
MARAMBA, et al/CR06-106RSM — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970